

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 1 9 2018  ৭৯৮

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Eddie Griffin

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

John Doe (Sheriff)

Ottawa County Chio

Port Clindton Ohio

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:18-cv-01977
Judge Matthew F. Kennelly
Magistrate Judge Maria Valdez
PC 8

CHECK ONE ONLY:

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A.   Name: Eddie Griffin

   B.   List all aliases: Lewis Griffin , Griffin Bell Edwards

   C.   Prisoner identification number: _____

   D.   Place of present confinement: NA

   E.   Address: 5256 S. Ashland

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: John Doe Sheriff

      Title: Sheriff of Ottawa County Ohio

      Place of Employment: Ottawa County Jail Ohio

   B.   Defendant: _____

      Title: _____

      Place of Employment: _____

   C.   Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: _16-1212-Smy , 15-C-8039_
_16-2472   16-C-5124   16-C-10922_

    B.    Approximate date of filing lawsuit: _____11-29-17_

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Eddie Griffin_

    D.    List all defendants: _Fleming 16-2472 - 16C-5124  15-C-8039_
_Tom Dart - 16C-10922_
_John Balwin -16-1212-Smy- Central Abne Hotel County_
_Courts Il MI 40562_

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _North District, of Il. Eastern Div. & Southern District of Il._

    F.    Name of judge to whom case was assigned: _Sharon J. Colenn 16-CV-5124_
_Judge Matthew F. Kennelly - 16 C-10922  Sara Lewis 15 CV 8039_

    G.    Basic claim made: _Nasty living Conditions  Harrismen T_
_Civil Right Violations_

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Three Dismiss  One  Settle_

    I.    Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

15 Millions Dollars

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __MARCH__, 20 18

Esse Ruffin
(Signature of plaintiff or plaintiffs)

Eddie Griffin
(Print name)

N - 83899
(I.D. Number)

312 - 292 - 8614

5256 So. Ashland

Chicago Ill.  60609
(Address)

Revised 9/2007

United States District Court
Northern District of Illinois
Eastern Division

Eddie Griffin

V

John Doe Sheriff
of Ottawa County
Ohio

March 16. 2008

Their were Deputy name Mary, Hatie,
Jenny Lt. Rebeca, & I think Arling.
F.B.I. Agent Rochelle Fleming Had my
House Broken into and they stole All the
Paper work. She stole my I.D. And then
went on to steal my car. May of 2014.
She Had me Arrest I was lock up 30 to
33 days in Port Clindton city Jail in Ottawa
County Ohio. Every Day I was lock up two to
three time a day I was Rape by Agent Fleming.
Snake Dog Fleming Rape & Rape me, when I would
got sleep. She Rape & Rape & Rape me, over & over
again

GRIFFIN
5256 SO. ASHLAND
Chicago Il. 60609

RECEIVED
2018 MAR 19 AM 8:49




U.S. POSTAGE
PAID
CHICAGO, IL
60638
MAR 15, 18
AMOUNT
$2.47
R2304E105202-06

UNITED STATES
POSTAL SERVICE ®
1000
60604

1:18-cv-01977
Judge Matthew F. Kennelly
Magistrate Judge Maria Valdez
PC 8

THomAs G BROTON
219 So DEAR BORN
Chicago Il.
60604